# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 14, 2014

148638 & (76)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

_____

JONATHON TROY HUFFAKER and
DIANN LEIGH LABELL HUFFAKER,
      Plaintiffs-Appellants,

v

KENNETH LEVI HUFFAKER and
AMBER GAE HANING,
      Defendants-Appellees.

SC: 148638
COA: 313392
Wayne CC Family Division:
09-112217-DC

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 24, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 14, 2014



Clerk

p0311